FILED

2021 AUG 20  AM 8:43

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-81-MMH-PDB
18 U.S.C. § 1709

JAMES GREGORY SWEAT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 4, 2021, in the Middle District of Florida, the defendant,

JAMES GREGORY SWEAT,

a United States Postal Service employee, did knowingly embezzle an article of mail, that is, a greeting card, and remove from such article cash contained therein, which had come into the defendant's possession intended to be conveyed by mail.

In violation of 18 U.S.C. § 1709.

A TRUE BILL,

/s/ Foreperson
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: /s/ M. Scotland Morris
M. Scotland Morris
Assistant United States Attorney

By: /s/ Kelly Karase
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
8/9/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JAMES GREGORY SWEAT

## INDICTMENT

Violations: 18 U.S.C. § 1709

A true bill,

_____
Foreperson

Filed in open court this _19th_ day

of August, 2021.

_____
Clerk

Bail   $_____

GPO 863 525