FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2021 AUG 20 AM 8: 43

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-81-MMH-PDB

JAMES GREGORY SWEAT

## MOTION FOR CAPIAS

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, moves this Court to issue a capias for JAMES GREGORY SWEAT, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By: M. Scotland Morris
M. SCOTLAND MORRIS
Assistant United States Attorney
USA No. 200
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Scot.Morris@usdoj.gov